AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM R. JACKSON,

Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV324-26

TYRONE OLIVER, Commissioner, Georgia Department of Corrections,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 12, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Petitioner's 28 U.S.C. § 2254 Petitioner is dismissed. Petitioner is denied a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis. This civil action stands closed.

| | |
|---|---|
| 7/12/24 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020